*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, KISOR, and GANNON
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Christopher M. CHAMPAGNE**
Gunnery Sergeant (E-7), U.S. Marine Corps
*Appellant*

**No. 202500058**

———————————

Decided: 31 July 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
David C. Segraves

Sentence adjudged 27 September 2024 by a general court-martial tried at Marine Corps Air Station, Miramar, California consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Lieutenant Jesse B. Neumann, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment is deficient. The Entry of Judgment does not properly reflect Appellant's pleas to excepted words in specifications 3, 4, and 5. Appellant has the right to have the Entry of Judgment accurately summarize how he pleaded to each specification referred to trial as required by Rule for Courts-Martial (R.C.M.) 1111(b)(1)(B) and *United States v. Wadaa*.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Wadaa*, 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

[3] *United States v. Sutton*, 81 M.J. 677 (N-M. Ct. Crim. App. 2021); *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202500058 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Christopher M. CHAMPAGNE** **Gunnery Sergeant (E-7)** **U.S. Navy** | |
| *Accused* | *As Modified on Appeal* |
| | **31 July 2025** |

On 27 September 2024, the Accused was tried at Marine Corps Air Station, Miramar, California, by general court-martial consisting of a military judge sitting alone. Military Judge David C. Segraves presided.

## FINDINGS

The following are the Accused's pleas and the Court's finding to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Violating general order or regulation, Depot Order 1100.4C, on divers occasions between on or about 1 September 2022 and on or about 16 November 2022.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **Violating general order or regulation, Depot Order 1100.4D, on divers occasions between on or about 17 November 2022 and on or about 15 July 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Violating general order or regulation, Depot Order 1100.4D, on or about 31 December 2022.**

*Plea:* Guilty, except for the words "providing alcoholic beverages, either directly or through the use of the third party, to prospective recruit applicant S.M."

*Finding:* Guilty, except for the words "providing alcoholic beverages, either directly or through the use of the third party, to prospective recruit applicant S.M."

**Specification 4:** **Violating general order or regulation, Depot Order 1100.4D, on 29 April 2023, at or near Denver, Colorado.**

*Plea:* Guilty, except for the words "providing alcoholic beverages either directly or through the use of the third party to prospective recruit applicant S.M."

*Finding:* Guilty, except for the words "providing alcoholic beverages either directly or through the use of the third party to prospective applicant S.M."

**Specification 5:** **Violating general order or regulation, Depot Order 1100.4D, on or about 29 April 2023, at or near Las Vegas, Nevada.**

*Plea:* Guilty, except for the words "providing alcoholic beverages, either directly or through the use of a third party, to prospective recruit applicant S.M."

*Finding:* Guilty, except for the words "providing alcoholic beverages, either directly or through the use of a third party, to prospective recruit applicant S.M."

**Specification 6:** **Violating general order or regulation, MCO 1700.22G, on divers occasions between on or about 1 September 2022 and on or about 15 July 2023.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 7:** **Violating general order or regulation, MCO 1700.22G, on or about 31 December 2022.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 8:** **Violating general order or regulation, MCO 1700.22G, on or about 29 April 2023, at or near Denver, Colorado.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 9:** **Violating general order or regulation, MCO 1700.22G, on or about 29 April 2023, at or near Las Vegas, Nevada.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 93a, Uniform Code of Military Justice, 10 U.S.C. § 893.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **Prohibited activities with applicant for military service, on divers occasions between on or about 1 September 2022 and on or about 15 July 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **Prohibited activities with applicant for military service, on or about 31 December 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 3:** **Prohibited activities with applicant for military service, on or about 29 April 2023, at or near Denver, Colorado.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 4:** **Prohibited activities with applicant for military service, on or about 29 April 2023, at or near Las Vegas, Nevada.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge: Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

**Specification 1:**  **Violation or failure to obey other lawful written order, to wit: Military Protection Order, dated 17 November 2023, issued by Major Joshua P. Brooks, on or about 17 June 2024.**

>*Plea:* Guilty.

>*Finding:* Guilty.

## SENTENCE

On 27 September 2024, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Forfeiture of all pay and allowances**

**Confinement**

    **For Specification 1 of Charge I**

        **Confinement for 12 months.**

    **For Specification 2 of Charge I**

        **Confinement for 12 months.**

    **For Specification 3 of Charge I**

        **Confinement for 12 months.**

    **For Specification 4 of Charge I**

        **Confinement for 12 months.**

    **For Specification 5 of Charge I**

        **Confinement for 12 months.**

    **For Specification 6 of Charge I**

        **Confinement for 12 months.**

    **For Specification 1 of Charge II**

        **Confinement for 12 months.**

    **For Specification 4 of Charge II**

Confinement for 12 months.

**For Sole Specification of the Additional Charge**

Confinement for 6 months.

The terms of confinement will run concurrently.

Confinement for a total of 12 months.

A dishonorable discharge.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court